# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Tyke Warwick**; DOB: 1998; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-07195MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about April 17, 2021, in the District of Arizona, **Tyke Warwick**, knowing or in reckless disregard that certain illegal aliens, namely Lubardo Calleja-Calleja, Francisco Trindad-Santiago, Jesus Gabriel Villela-Duran, Edgar Juarez-Gonzales, and Marcelino Jimenez-Luna, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Section 1324(a)(1)(A)(ii)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about April 17, 2021, in the District of Arizona (Hereford), Border Patrol Agents (BPAs) heard over the radio that a white Toyota Sienna with Arizona license plate CM28204 was traveling back from Boundary Road going southbound on Palominas Road. Boundary Road is a common location for undocumented humans to load into vehicle. The BPA did asked for a records check on the license plate and the vehicle is registered to a rental company. The BPA were able to catch up to the Sienna. The Sienna was dirty and appeared to be riding low. As the Sienna approached South Coronado Memorial Road, the BPA attempted to pull the Sienna over. The Sienna turned and pulled onto the shoulder of the road on SR-92, but it quickly pulled back onto the road. The BPA notified dispatch of the failure to yield. The Sienna continued and yielded at SR-92 and Three Canyons Road, when two passengers fled. After a short foot chase, they were apprehended and identified as Jesus Gabriel Villela-Duran and Lubardo Calleja-Calleja. The driver, identified as **Tyke Warwick**, was placed under arrest. The BPA was able to determine the passengers were determined to be in undocumented people and were in the US illegally.

Records checks revealed that Francisco Trinidad-Santiago did not have the proper immigration documentation to enter or remain in the U.S. legally. Trinidad-Santiago was previously removed from the U.S. on March 6, 2020. Records checks revealed that Jesus Villela-Duran did not have the proper immigration documentation to enter or remain in the U.S. legally. Villela-Duran was previously removed from the U.S. on May 15, 2019. During their interviews, Marcelino Jimenez-Luna, Edgar Juarez-Gonzalez, Francisco Trinidad-Santiago, and Jesus Gabriel Villela-Duran identified Warwick as the driver who was transporting them.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

Detention Requested
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.
AUTHORIZED BY: AUSA JAA/mh

SIGNATURE OF COMPLAINANT
*/s/ Pedro Leon/*

OFFICIAL TITLE
Border Patrol Agent
Pedro Leon

Sworn by telephone _x_

SIGNATURE OF MAGISTRATE JUDGE
*/s/ Jacqueline M. Rateau/*

DATE
April 19, 2021

1) See Federal rules of Criminal Procedure, Rules 3, 4.1, and 54